MICHAEL BAILEY
United States Attorney
District of Arizona

JILLIAN BESANCON
Assistant United States Attorney
California State Bar No. 285869
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jillian.besancon@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

SEP 2 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Wayne Tan,<br><br>　　　　　Defendant. | No. CR-20-08097-PCT-SMB (MTM)<br><br>**REDACTED**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1152, 2241(c), and 2246(2)(B)<br>(CIR: Aggravated Sexual Abuse of a Child)<br>Count 1<br><br>18 U.S.C. §§ 1152, 2244(a)(1), and 2246(3)<br>(CIR: Abusive Sexual Contact of a Child)<br>Counts 2-4 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about between July 1, 1997 and September 30, 1998, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, WAYNE TAN, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 1, an Indian, a child under the age of 12. The sexual act involved contact between the defendant's mouth and the victim's vulva.

In violation of Title 18, United States Code, Sections 1152, 2241(c), and 2246(2)(B).

## COUNT 2

On or about between March 2, 1996 and March 1, 1998, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, WAYNE TAN, did knowingly engage in a sexual contact with the victim, Jane Doe 2, an Indian, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the victim's buttocks with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(a)(1), and 2246(3).

## COUNT 3

On or about between March 2, 1996 and March 1, 1998, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, WAYNE TAN, did knowingly engage in a sexual contact with the victim, Jane Doe 2, an Indian, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the defendant's genitalia with the victim's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(a)(1), and 2246(3).

## COUNT 4

On or about between March 2, 1996 and March 1, 1998, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, WAYNE TAN, did knowingly engage in a sexual contact with the victim, Jane Doe 2, an Indian, a child under the age of 12. The sexual contact involved intentional touching, directly and through the clothing, of the victim's buttocks with the defendant's genitalia, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and

gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1152, 2244(a)(1), and 2246(3).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: September 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*
JILLIAN BESANCON
Assistant U.S. Attorney

- 3 -